UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEREMY BARATTA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF OCEAN, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 10-362 (MLC)<br><br>**ORDER & JUDGMENT** |

For the reasons stated in the Opinion of the Court dated June 11, 2013, **IT IS** on this    11th    day of June, 2013, **ORDERED** that the Report and Recommendation of the Magistrate Judge that was entered on March 20, 2013 (dkt. entry no. 29) is **ADOPTED** as the Opinion of the Court; and it is further

**ADJUDGED** that the Complaint (dkt. entry no. 1) is **DISMISSED;** and it is further

**ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                            s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge